### C. J. MOORE v. C. H. FAY.

(No. 2987.)

APPEAL from Dallas County.  Opinion by WHITE, P. J.

*(Transferred from Austin.)*

W. F. SHORT, counsel for appellant.

No counsel appeared for appellee.

§ **199.** *Jurisdiction of county court; amount in controversy; case stated.*  Suit upon a promissory note for $910.64, which note contains a stipulation that if it was not paid at maturity, ten per cent. for attorney's fees for collection should be added to the principal should the

note be placed in the hands of an attorney for collection. The petition claimed and prayed for a judgment for the principal of the note, interest and the stipulated attorney's fees. The ten per cent. attorney's fees added to the principal makes $1,001.70, an amount in excess of the jurisdiction of the county court, said jurisdiction being limited to not exceed $1,000 exclusive of interest. [Const., art. 5, § 16; 1 App. C. C., § 598.] The attorney's fee was a part of the debt to be paid, and constituted a part of the amount in controversy in the suit. [2 App. C. C., § 556.]

Reversed and the suit ordered to be dismissed.
January 14, 1891.